UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., <br> Plaintiff, <br> v. <br> SUZHOU TIANZHUN TECHNOLOGY CO., LTD., et al., <br> Defendants. | Case No. 24-cv-08816-EKL   (SVK) <br><br> **ORDER IN ADVANCE OF DISCOVERY HEARING RE PROTECTIVE ORDER** <br><br> Re: Dkt. No. 57 |

The Court has reviewed the Parties' Joint Statement regarding disagreement over the scope of a protective order in this action, as well as each side's proposed protective orders. Dkt. 57; 57-2; 57-4.

The overarching dispute between the Parties is whether unserved Defendants, who challenge jurisdiction, must sign a protective order to gain access to a confidential document in advance of an early mediation. Cadence proposes one of the Court's model protective orders with adjustments to address some of CA TZTEK's concerns, including, significantly, a waiver of any jurisdictional arguments arising out of the unserved Defendants either signing the protective order or its standard Exhibit A. CA TZTEK proposes a more limited, interim protective order which, in relevant part, would allow CA TZTEK to share information from the confidential document with the unserved Defendants who would not sign the protective order. Each approach presents issues of either enforceability (Cadence) or distribution of confidential data without protection (CA TZTEK).

The Court will benefit from further input from the Parties and therefore sets this matter for a video hearing at **10:00 a.m. on Tuesday, May 13, 2025.** To assist the Parties in preparing for the hearing, the Court directs the Parties to be prepared to discuss the following:

1. In lieu of entering a protective order at this stage, are there means of making the confidential document available for observation with restrictions on copying, downloading, screen shots, etc.?

2. If such means exists, are there additional safeguards, such as limiting access to specific persons at CA TZTEK and unserved Defendants at specific times, that would preserve confidentiality of the contents?

The Court further directs the Parties to meet and confer in advance of the hearing and to inform the Court no later than **5:00 p.m. on May 12, 2025**, if the matter – access to the confidential document in advance of mediation – has been resolved.

**SO ORDERED.**

Dated: May 6, 2025

SUSAN VAN KEULEN
United States Magistrate Judge