UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SUZHOU TIANZHUN TECHNOLOGY CO., LTD., et al., <br><br> Defendants. | Case No. 24-cv-08816-EKL  (SVK) <br><br> **ORDER FOLLOWING MAY 13, 2025 HEARING ON PROTECTIVE ORDER DISPUTE** <br><br> Re: Dkt. No. 57 |

The Court held a hearing on May 13, 2025 regarding the Parties' protective order dispute. *See* Dkt. 57.  Following pre-hearing guidance provided by the Court (*see* Dkt. 60), at the hearing the Parties informed the Court of their meet and confer efforts and that some progress had been made to facilitate the production of a specified document ("Document") by Plaintiff for purposes of an early mediation.  The key unresolved issue remains the scope of production to unserved Defendants, who will be the decision-makers at mediation but who refuse to sign a protective order enforceable in this Court.  Specifically, Plaintiff Cadence is amenable to producing the Document to an expert, who has signed onto a protective order, and allowing the expert to share certain summarized, aggregate data from the Document with the unserved Defendants.  Defendant CA TZTEK, who has been served and will sign a protective order, wants the expert to be permitted to share six categories of very specific data which would allow the unserved Defendants to not only verify the data in the Document but to identify specific machines and users as well.

Having been further informed on the dispute at the hearing, the Court directed the Parties to consider providing the six categories of information requested by Defendants for only a limited number of machines.  Accordingly, the Court **ORDERED** the Parties to further meet and confer to strike an appropriate balance between Plaintiff's legitimate concerns regarding protection of

confidential information and Defendants' ability to reasonably verify a sample of the aggregate information to be produced by Plaintiff.  To this end, the Court further **ORDERED** as follows:

1. By **May 20, 2025**, the Parties must file either a stipulated protective order that allows for the production of the Document to Defendant CA TZTEK and an expert, and allows sharing with unserved Defendants limited aggregate information and six categories of more specific data for a limited number of machines, or the Parties must file a joint statement not to exceed 6 pages that discusses the remaining issues in dispute and each side's proposed resolution of each disputed issue.
2. If the Parties file a joint statement, the Court will hold a further hearing by Zoom on **May 27, 2025 at 10:00 a.m.**  If the Court determines that no hearing is necessary, it will vacate the hearing and resolve the dispute on the papers.
3. The Court also directed the Parties to begin or continue negotiation of a broader protective order to cover all discovery in this case.

**SO ORDERED.**

Dated: May 13, 2025

SUSAN VAN KEULEN
United States Magistrate Judge