**GIBSON, DUNN & CRUTCHER LLP**
L. Kieran Kieckhefer (SBN 251978)
Christina E. Myrold (SBN 324183)
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
415-393-8200
Fax: 415-801-7409
Email: KKieckhefer@gibsondunn.com
Email: CMyrold@gibsondunn.com

Ilissa S. Samplin (SBN 314018)
Shaun A. Mathur (SBN 311029)
333 South Grand Avenue
Los Angeles, CA 90071-3197
213-229-7354
Fax: 213-229-6354
Email: isamplin@gibsondunn.com
Email: smathur@gibsondunn.com

Ahmed ElDessouki (*pro hac vice*)
200 Park Avenue
New York, NY 10166-0193
212-351-2345
Email: aeldessouki@gibsondunn.com

*Attorneys for Plaintiff*
*Cadence Design Systems, Inc.*

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
Jana Slavina Farmer (SBN 321291)
Shawn Anthony Mangano (SBN 208067)
Adam Bialek (*pro hac vice*)
Lawrence Zhiyi Wang (*pro hac vice*)
1133 Westchester Avenue
White Plains, NY 10604
914.872.7247 (Direct)
914.323.7001 (Fax)
jana.farmer@wilsonelser.com
shawn.mangano@wilsonelser.com
adam.bialek@wilsonelser.com
lawrence.wang@wilsonelser.com

*Attorneys for Defendant, California TZTek Technology LLC*

*Limited appearance for Defendants Suzhou Tianzhun Technology Co., Ltd. (D/B/A Suzhou Tztek Technology Co., Ltd.); Suzhou Tianzhun Software Co., Ltd. (D/B/A Suzhou Tztek Software Co., Ltd.); Suzhou Longshan Software Technology Co., Ltd.; Suzhou Tengchao Mechanical and Electrical Equipment Co., Ltd. (D/B/A Suzhou Transcend Equipment Co., Ltd.)., Suzhou Longyuan Software Co., Ltd., Suzhou Tianzhun Xingzhi Technology Co., Ltd. (D/B/A Suzhou Stellarmind Technology Co., Ltd.), and Hongkong Tztek Technology Ltd., for the purposes of contesting jurisdiction and service*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SUZHOU TIANZHUN TECHNOLOGY CO., LTD., et al., <br><br> Defendants. | CASE NO. 5:24-cv-08816-EKL <br> ORDER GRANTING *AS MODIFIED* <br> **JOINT STIPULATION TO CONTINUE DEADLINES RE PROTECTIVE ORDER** <br><br> Judge: Hon. Susan van Keulen |

Plaintiff Cadence Design Systems, Inc. ("Plaintiff" or "Cadence") and Defendant California TZTEK Technology LLC ("Defendant") (together, the "Parties"), by and through their respective attorneys of record and without waiving any rights, claims, or defenses they have in this action, enter into this Joint Stipulation pursuant to Civil Local Rule 6-1(b) and seek an Order pursuant to Civil Local Rule 6-2, with reference to the following circumstances and supported by the accompanying Declaration of Ilissa Samplin:

**WHEREAS**, on May 13, 2025, the Parties appeared before Magistrate Judge van Keulen regarding the Parties' protective order dispute;

**WHEREAS**, on May 13, 2025, following the hearing on the Parties' protective order dispute, the Court ordered the Parties to further meet and confer and by May 20, 2025, "file either a stipulated protective order … or … a joint statement not to exceed 6 pages that discusses the remaining issues in dispute and each side's proposed resolution of each disputed issue" (Dkt. 66 at 2);

**WHEREAS**, the Court ordered that if the Parties file a joint statement, the Court will hold a further hearing by Zoom on May 27, 2025 at 10:00 a.m. (Dkt. 66 at 2);

**WHEREAS**, counsel for Plaintiff is consulting with her client to consider the Court's proposal, as set forth during the hearing and subsequent Order, and requires additional time to consult with her client and meet and confer. Plaintiff therefore requests and Defendant consents to continue the Court's filing deadline set forth in its May 13, 2025 Order by three days, from May 20, 2025 to May 23, 2025 (Samplin Decl. ¶¶ 2–3);

**WHEREAS**, the Parties believe that this brief continuance will economize the Court's time and resources, and will not prejudice the Parties (Samplin Decl. ¶ 3);

**WHEREAS**, there have been no previous extensions of time for the Parties to either file a protective order or submit a joint statement regarding the protective order (Samplin Decl. ¶ 4);

**NOW, THEREFORE**, subject to the approval of the Court, the Parties hereby stipulate and agree as follows:

The Parties respectfully request that the Court enter an Order continuing the Court's filing deadline as set forth in its May 13, 2025 Order by three days. The Parties shall have until May 23, 2025 to file either a stipulated protective order "that allows for the production of the Document to

Defendant CA TZTEK and an expert, and allows sharing with unserved Defendants limited aggregate information and six categories of more specific data for a limited number of machines," or a "joint statement not to exceed 6 pages that discusses the remaining issues in dispute and each side's proposed resolution of each disputed issue." See Dkt. 66 at 2.  If the Parties file a joint statement, the Court may hold a further hearing by Zoom on May 27, 2025 at 10:00 a.m.

**IT IS SO STIPULATED.**

Dated: May 20, 2025                                          GIBSON, DUNN & CRUTCHER LLP


                                                             /s/ Ilissa Samplin
                                                             Ilissa Samplin


                                                             *Attorneys for Plaintiff Cadence Design Systems, Inc.*


Dated: May 20, 2025                                          WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP


                                                             /s/ Lawrence Wang
                                                             Lawrence Wang

                                                             *Attorneys for Defendant, California TZTek Technology LLC;*
                                                             *Limited appearance for Defendants Suzhou Tianzhun Technology Co.,  Ltd. (D/B/A Suzhou Tztek Technology  Co., Ltd.); Suzhou Tianzhun Software Co., Ltd. (D/B/A Suzhou Tztek Software Co., Ltd.); Suzhou Longshan Software Technology Co., Ltd.; Suzhou Tengchao Mechanical and Electrical Equipment Co., Ltd. (D/B/A Suzhou Transcend Equipment Co., Ltd.)., Suzhou Longyuan Software Co., Ltd., Suzhou Tianzhun Xingzhi Technology Co., Ltd. (D/B/A Suzhou  Stellarmind Technology Co., Ltd.), and Hongkong Tztek Technology Ltd., for the purposes of contesting jurisdiction and service*

# ~~[PROPOSED]~~ ORDER

NOW THEREFORE, pursuant to the *Joint Stipulation to Continue Deadlines re Protective Order* and accompanying *Declaration of Ilissa Samplin*, the Court ORDERS as follows:

1. The Parties shall have until May 23, 2025 to file either a stipulated protective order that allows for the production of the Document to Defendant CA TZTEK and an expert, and allows sharing with unserved Defendants limited aggregate information and six categories of more specific data for a limited number of machines, or a joint statement not to exceed 6 pages that discusses the remaining issues in dispute and each side's proposed resolution of each disputed issue.

2. The hearing currently scheduled for May 27, 2025 is continued to May 29, 2025 at 10:00 a.m. by Zoom.

3. All other deadlines and dates set forth in the Court's May 13, 2025 Order (Dkt. 66) remain the same.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 21, 2025

By: _____
Honorable Susan van Keulen
United States Magistrate Judge

## **ATTESTATION PURSUANT TO LOCAL RULE 5-1**

I, Ilissa Samplin, am the ECF user whose identification and password are being used to file this document. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatories hereto.

Dated: May 20, 2025

/s/ Ilissa Samplin
Ilissa Samplin